UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00091

**Kyle Robert Sipes,**
*Plaintiff,*
v.
**Michael D. Davis et al.,**
*Defendants.*

### ORDER

This civil action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Doc. 2. On March 23, 2021, the magistrate judge issued a report recommending that plaintiff's civil rights lawsuit be dismissed with prejudice as both frivolous and for failure to state a claim upon which relief may be granted. Doc. 6. No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that this case is dismissed with prejudice as both frivolous and for failure to state a claim upon which relief may be granted.

*So ordered by the court on June 9, 2021.*

J. CAMPBELL BARKER
United States District Judge